UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Leland Foster, Individually**, | ) ) |
| Plaintiff, | ) ) ) Case No. 2:21-cv-01746-PLD |
| v. | ) ) ) |
| **EDC Properties, LLC,** a Pennsylvania limited liability company, | ) ) Magistrate Judge Patricia L. Dodge ) ) ) ) ) |
| Defendant. | ) |

**STIPULATION OF DISMISAL**

Pursuant to a confidential Release and Settlement Agreement entered into between the parties, the parties stipulate that this case may be dismissed with prejudice and without costs. The parties further stipulate that the Court may retain jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.

Respectfully submitted,

Shafer Law Firm                                                    Law Offices of Owen Dunn, Jr.

BY:/s/ *Jeffrey K Millin*
Jeffrey K Millin
Shafer Law Firm
10744 State Highway 18
Conneaut Lake, PA 16316
Phone: 814-382-5888
Fax: 814-213-0888
Email: jmillin@shaferlaw.com

BY: /s/ *Owen B. Dunn Jr.*
Owen B. Dunn, Jr.
Law Offices of Owen Dunn, Jr.
4334 W. Central Ave, suite 222
Toledo, OH 43615
Phone (419) 241-9661
Fax: (419) 241-9737
Email: DunnLawOffice@sbcglobal.net

1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **Leland Foster, Individually**, | )) |
| Plaintiff, | )) Case No. 2:21-cv-01746-PLD |
| v. | )) |
| **EDC Properties, LLC,** a Pennsylvania limited liability company, | )) Magistrate Judge Patricia L. Dodge |
| Defendant. | )) |

**ORDER**

Pursuant to the Stipulation of the parties,

    IT IS ORDERED that this matter is dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and expenses.

    IT IS FURTHER ORDERED that the Court retains jurisdiction over this matter to enforce the terms of the Release and Settlement Agreement.


Dated: _____, 2022


                          _____
                          Magistrate Judge Patricia L. Dodge